BWW#: 163250

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                      Case No. 13-32218-KLP
EDWARD LEWIS COLEY, JR. AKA EDWARD COLEY
COLEY, JR.
VYETTA BERNICE COLEY AKA YVETTA B. COLEY
    Debtors                                          Chapter 13

_____

CASTLE PEAK 2012-1 LOAN TRUST MORTGAGE
BACKED NOTES, SERIES 2012-1, BY U.S. BANK
NATIONAL ASSOCIATION, AS INDENTURE
TRUSTEE
    Movant

v.
EDWARD LEWIS COLEY, JR. AKA EDWARD COLEY
COLEY, JR.
VYETTA BERNICE COLEY AKA YVETTA B. COLEY
    Debtors/Respondents

and
ROBERT E. HYMAN
    Trustee/Respondent

_____

### NOTICE OF VOLUNTARY WITHDRAWAL OF
### MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Castle Peak 2012-1 Loan Trust Mortgage Backed Notes, Series 2012-1,

by U.S. Bank National Association, as Indenture Trustee (the "Movant"), by and through

counsel, and hereby withdraws, without prejudice, its Motion for Relief from the Automatic Stay

filed on January 14, 2014 with respect to the real property known as 217 Ashbury Hills Drive,

Richmond, VA 23227 (the "Motion").


_____
Stephen Relyea, VSB# 77236
8100 Three Chopt Road, Suite 240
Richmond, VA  23229
(804) 282-0463
*Attorney for the Movant*

Dated: February 06, 2014                     Respectfully Submitted,
                                             BWW Law Group, LLC

                                               /s/ Stephen Relyea
                                             Stephen Relyea, VSB# 77236
                                             BWW Law Group, LLC
                                             8100 Three Chopt Road, Suite 240
                                             Richmond, VA  23229
                                             (804) 282-0463
                                             (804) 282-0541 (facsimile)
                                             bankruptcy@bww-law.com
                                             *Attorney for the Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2014, the following persons were

or will be served a copy of the foregoing Notice of Voluntary Withdrawal of Motion for Relief

from Automatic Stay electronically via the CM/ECF system or by first class mail postage

prepaid:

    Laura Taylor Alridge, Attorney at Law
     Post Office Box 11588
    Richmond, VA  23230-1588

    Robert E. Hyman, Trustee
    Post Office Box 1780
    Richmond, VA 23218-1780

    Edward L. Coley Jr. aka Edward Lewis Coley, Jr. aka Edward Coley Coley, Jr.
    217 Ashbury Hills Drive
    Richmond, VA  23227

    Vyetta Bernice Coley aka Yvetta B. Coley
    217 Ashbury Hills Drive
    Richmond, VA  23227

                                               /s/ Stephen Relyea
                                             Stephen Relyea

WITHDRAWALNOTICE.MFR